IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY A. BRYAN,<br><br>   Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT<br>OF THE TREASURY also known as<br>IRS,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:06-CV-3100-TWT |

ORDER

This is a pro se civil case against the IRS. It is before the Court on the Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. 10]. Despite this Court's Order granting the Plaintiff an extension of time until May 29, 2007, to file a Response, the Plaintiff has failed to do so. Under Local Rule 7.1(B), the Plaintiff's failure to respond indicates "that there is no opposition to the motion." In any event, the Complaint should be dismissed because the Court lacks subject matter jurisdiction. Based on the arguments advanced by the Defendant, the Plaintiff has failed to allege facts sufficient to raise a claim under the Torts Claim Act, the Declaratory Judgment Act, 42 U.S.C. § 1983, or any other provision of law that would

T:\ORDERS\06\Bryan\mtdtwt.wpd

entitle him to relief. The Defendant's motion is GRANTED. This action is DISMISSED with prejudice.

SO ORDERED, this 29 day of June, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge